Ten-X
Properties
Brokers
Sellers
Buyers
My Profile
Search City, State, Zip or Addr...
hael Heletz
pal/Broker
Development Group
249,443
UNDER MANAGEMENT
$25,000,001
Recent Activities
Most
Page Views
CA Signed
Registered to bid
All
by Property Type
Unknown 24
Office 3
by Location
Unknown 24
Illinois 3
by Deal Size
<5MM
10–20MM 2
5–10MM 0
View All
Purchase History (0)
Michael transacted 0 deal(s) on platform.
Bids & Offers History (1)
Michael placed 1 bids/offers on Ten-X with an average value of $12,000,000
EXHIBIT
C
tabbies