DocuSign Envelope ID: 43341AFC-3B2E-4F07-940F-3DFF9A0B64D1

 Ten-X™

**Congratulations on your winning bid!**

**Next Steps**

1. Sign this contract package in DocuSign *within two hours*
2. Submit your Earnest Money Deposit *without delay* using the wire instructions located on the following page
3. Once the wire transfer is complete, send confirmation of your wire transfer to CommercialContracts@Ten-X.com

*IMPORTANT: It is the sender's responsibility to confirm wire instructions with the Escrow Company prior to sending a wire transfer.*

If you have any questions, please refer to the contact information below for the parties involved in this transaction.

**Escrow Company:**
De Bruin Law Firm
Bryan De Bruin
16 Wellington Avenue
Greenville, SC 29609
864-627-5220
bdebruin@debruinlawfirm.com

| Event Item: | 2022-Nov-14 | Property ID: | 1000016930 |
|---|---|---|---|
| Property Name: | Multi-Fam/Hotel Dev Opp | Harrisburg, PA | | |
| Property Address: | 226 Walnut St, Harrisburg, PA 17101 | | |

| Buyer: | Excel Development Group, a(n) New York Limited Liability Company |
| | Michael Heletz |
|---|---|
| Address: | 116-55 Queens Blvd, Forest Hills, NY 11375 |
| Phone: | 917-463-6388 | Email: HeletzG@exceldevgroup.com |

| Buyer's Designated Rep: | None | | |
|---|---|---|---|
| Phone: | | Email: | |

| Buyer's Counsel Firm: | | | |
|---|---|---|---|
| Buyer's Counsel Name: | None | | |
| Phone: | | Email: | |

| Buyer's Brokerage Firm: | None | | |
|---|---|---|---|
| Buyer's Broker of Record: | None | | |
| Phone: | | Email: | |
| Buyer's Agent (Main Contact): | None | | |
| Phone: | | Email: | |

| Listing Brokerage Firm: | Marcus & Millichap | Marcus & Millichap |
|---|---|---|
| Listing Agent (Main Contact): | Craig Dunkle | Niher Vartanian |
| Phone: | 215-531-7046 | 215-531-7093 |
| Email: | craig.dunkle@marcusmillichap.com | niher.vartanian@marcusmillichap.com |

*Please note that the Participation Terms remain in full force and effect.*


EXHIBIT D

DocuSign Envelope ID: 43341AFC-3B2E-4F67-940F-8DFF9A0B84D1



De Bruin Law Firm, LLC
16 Wellington Ave
Greenville, SC 29609

Phone: (864) 982-5930
Email: info@debruinlawfirm.com
Fax: (864) 670-5574

### Real Estate Closing Wire Instructions

**Beneficiary Institution:**
Bank of Travelers Rest
42 Plaza Drive
Travelers Rest, South Carolina 29609

**Beneficiary Account Name:**
De Bruin Law Firm, LLC Escrow Account
IOLTA Account
16 Wellington Ave
Greenville, SC 29609

Account # 30307031
ABA/Routing # 053207371

PLEASE BE AWARE: Online banking fraud is on the rise. If you receive an email containing WIRE TRANSFER INSTRUCTIONS CALL OUR OFFICE IMMEDIATELY to verify the information prior to sending funds. Due to increased fraud, buyers, sellers, and lenders should confirm all wiring instructions by phone directly with our office before transferring funds. DO NOT wire funds based on information received via email unless the information has been verified by phone.

DocuSign Envelope ID: 43341AFC-3B2E-4F57-940F-6DFF8A0B84D1

## PENNSYLVANIA AGENCY DISCLOSURE

By signing the agreement to which this page is attached, the parties acknowledge receipt of the agency disclosure located at https://www.ten-x.com/company/pennsylvania/

*(Remainder of Page Intentionally Blank)*

Pennsylvania Agency Disclosure (Rev. 01/01/2021)
Copyright © 2021 Ten-X, LLC. All rights reserved.

DocuSign Envelope ID: 43341AFC-352E-4F67-940F-8DFF9A0E64D1

## PENNSYLVANIA AGENCY DISCLOSURE

By signing the agreement to which this page is attached, the parties acknowledge receipt of the agency disclosure located at https://www.ten-x.com/company/pennsylvania/

*(Remainder of Page Intentionally Blank)*

**DocuSign**

## Certificate Of Completion

Envelope Id: 43341AFC3B2E4F67940F8DFF8A0E84D1     Status: Sent
Subject: Online Contract Digital Signature 2022-Nov-14_1000016660 Multi-Fam/Hotel Dev | Harrisburg, PA (LY)
Source Envelope:
Document Pages: 15     Signatures: 0     Envelope Originator:
Certificate Pages: 7     Initials: 0     Commercial Contracts
AutoNav: Enabled                                                                  15295 Alton Parkway
EnvelopeId Stamping: Enabled                               Irvine, CA 92618
Time Zone: (UTC-08:00) Pacific Time (US & Canada)     commercialcontracts@ten-x.com
                                                                                IP Address: 34.223.80.16

### Record Tracking

Status: Original     Holder: Commercial Contracts     Location: DocuSign
        11/16/2022 8:41:12 AM            commercialcontracts@ten-x.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Michael Heletz<br>Heletz@excelidevgroup.com<br>Security Level: Email, Account Authentication (None), Authentication<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | Sent: 11/16/2022 8:59:32 AM<br>Resent: 11/16/2022 10:53:33 AM |
| Sophie Longford<br>charlotte.hawkes@globaloceaninvest.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Bryan De Bruin<br>bdebruin@debruinlawfirm.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>   Accepted: 9/30/2022 4:08:27 PM<br>   ID: 43d73f64-e488-401e-a917-46904o5fd3b6 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Cameron Maxey<br>cmaxey@ten-x.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 11/16/2022 8:59:31 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Kevin Krause<br>kkrause@ten-x.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | COPIED | Sent: 11/16/2022 8:59:31 AM<br>Viewed: 11/16/2022 9:18:21 AM |
| Douglas Scott-Maagher<br>dmeagher@ten-x.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | COPIED | Sent: 11/16/2022 8:59:32 AM |
| Jennifer Aubrey<br>jaubrey@ten-x.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | COPIED | Sent: 11/16/2022 8:59:32 AM<br>Viewed: 11/16/2022 1:49:18 PM |
| Cameron Maxey<br>cmaxey@ten-x.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Kevin Krause<br>kkrause@ten-x.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Douglas Scott-Meagher<br>dmeagher@ten-x.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Craig Dunkle<br>craig.dunkle@marcusmillichap.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Mher Vartanian<br>mher.vartanian@marcusmillichap.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Jenny Reyes<br>jreyes@debruinlawfirm.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Bryan De Bruin<br>bdebruin@debruinlawfirm.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Accepted: 9/30/2022 4:06:27 PM<br>   ID: 43d73f84-e488-401e-a917-46904c5fd3b9 | | |
| Laura Yeals<br>lyeals@ten-x.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| Justin Etzin<br>justin.etzin@globaloceaninvest.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Accepted: 9/23/2022 4:40:25 PM<br>   ID: ec3fabb6-a81f-4386-9cb6-74b8e9d60a89 | | |
| Michael Heletz<br>Heletz@excaldevgroup.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| Cameron Maxay<br>cmaxay@ten-x.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| Kevin Krause<br>kkrause@ten-x.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| Jennifer Aubrey<br>jaubrey@ten-x.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| null null<br>FinanceRevenueInvoicing@ten-x.com<br>Security Level: Email, Account Authentication<br>(None) | | |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 11/18/2022 8:59:31 AM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 6/16/2020 6:29:32 AM
Parties agreed to: Bryan De Bruin, Bryan De Bruin, Justin Etzin

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Ten-X (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

How to contact Ten-X:

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: legal-notice@ten-x.com

To advise Ten-X of your new email address

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at legal-notice@ten-x.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

To request paper copies from Ten-X

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to legal-notice@ten-x.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

To withdraw your consent with Ten-X

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to legal-notice@ten-x.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Ten-X as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Ten-X during the course of your relationship with Ten-X.