**From:** Craig Adler <craiga@capozziadler.com>
**Sent:** Monday, November 21, 2022 5:35 PM
**To:** Michael Heletz <Heletz@exceldevgroup.com>
**Cc:** Dunkle, Craig <Craig.Dunkle@marcusmillichap.com>
**Subject:** Re: Addendum with allocations

Craig D,

Send on to seller.

Craig

Get Outlook for iOS

---

**From:** Michael Heletz <Heletz@exceldevgroup.com>
**Sent:** Monday, November 21, 2022 5:19:51 PM
**To:** Craig Adler <craiga@capozziadler.com>
**Cc:** Dunkle, Craig <Craig.Dunkle@marcusmillichap.com>
**Subject:** RE: Addendum with allocations

Craig Adler, Please review before releasing attached executed agreement and addendum. IF accepted will initiate wire for deposit.

Thank you, Craig, and Craig, for working with me and making efforts to bring this to finalization. Looking forward to smooth and successful closing.

**From:** Craig Adler <craiga@capozziadler.com>
**Sent:** Monday, November 21, 2022 4:56 PM
**To:** Michael Heletz <Heletz@exceldevgroup.com>
**Cc:** Dunkle, Craig <Craig.Dunkle@marcusmillichap.com>
**Subject:** RE: Addendum with allocations

Michael,

Here is the further revised addendum.

Craig Adler, Esquire

**From:** Craig Adler
**Sent:** Monday, November 21, 2022 4:39 PM
**To:** Michael Heletz <Heletz@exceldevgroup.com>
**Cc:** Dunkle, Craig <Craig.Dunkle@marcusmillichap.com>
**Subject:** RE: Addendum with allocations

**From:** Craig Adler
**Sent:** Monday, November 21, 2022 4:16 PM


EXHIBIT F

**To:** Michael Heletz <Heletz@exceldevgroup.com>
**Cc:** Dunkle, Craig <Craig.Dunkle@marcusmillichap.com>
**Subject:** Addendum with allocations

See attached.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

*** This email was sent from an EXTERNAL party. Please be sure to confirm the identity of the sender before opening attachments, clicking on links, or providing any sensitive information. ***