IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RRF BUILDING, LLC. *et al.*, | : | Civil No. 1:23-CV-00341 |
| Plaintiffs, | : | |
| v. | : | |
| EXCEL DEVELOPMENT GROUP, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic status conference with the court on August 14, 2023, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

### Summary of Dates and Deadlines

| | |
|---|---|
| Joinder of additional parties for Plaintiff: | September 30, 2023 |
| Joinder of additional parties for Defendant: | October 30, 2023 |
| Amended pleadings for Plaintiff: | September 30, 2023 |
| Amended pleadings for Defendant: | October 30, 2023 |
| Discovery Disputes: (6-weeks prior) | January 18, 2024 |
| Status conference: | January 24, 2024, at 10:30 a.m. |
| Fact discovery: | February 29, 2024 |
| Dispositive motions and supporting briefs: | March 29, 2024 |
| Plaintiff's expert reports: | March 29, 2024 |
| Defendant's expert reports: | May 3, 2024 |
| Supplemental and rebuttal expert reports: | May 17, 2024 |
| Expert discovery: | June 14, 2024 |
| Motions in limine and supporting briefs: | July 10, 2024 |
| Pretrial memoranda: | August 7, 2024 |

      Proposed voir dire and jury instructions:      August 7, 2024
      Final pretrial conference:      August 21, 2024
      Trial:      September 3, 2024

**IT IS ORDERED THAT**:

1. **Joinder of Additional Parties and Amended Pleadings.** All additional parties for Plaintiff shall be joined by **September 30, 2023**. All additional parties for Defendant shall be joined by **October 30, 2023**. Amended pleadings for Plaintiff are due by **September 30, 2023**. Amended pleadings for Defendant are due by **October 30, 2023**.

2. **Trial List.** The above case is hereby placed on the September, 2024, trial list. Jury selection for trials on this list will commence at 9:30 a.m. on **September 3, 2024**, in Courtroom No. 1, Eighth Floor, in the Sylvia H. Rambo United States Courthouse, 1501 N. 6th Street, Harrisburg, Pennsylvania. Counsel are attached for trial. Trials will commence immediately following the completion of jury selections. Counsel should note that criminal matters take priority over and may delay the beginning of the civil trial list.

3. **Discovery Disputes.** The final deadline to file a discovery dispute shall be six (6) weeks prior to the close of fact discovery.

4. **Status Conference.** A status conference will be conducted via telephone by the court on **January 24, 2024, at 10:30 a.m.** The parties shall call-in to the conference calling number 877-336-1828, using the access code 2529544. The

purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues. Participation in this conference by counsel and by self-represented parties is mandatory. Any counsel of record may participate in this conference call.

5. **Fact Discovery.** Fact discovery shall be completed by **February 29, 2024**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

6. **Expert Reports and Expert Discovery**. Plaintiff's expert reports are due on **March 29, 2024**. Defendant's expert reports are due on **May 3, 2024**. Supplemental and rebuttal expert reports are due on **May 17, 2024**. Expert discovery shall be completed by **June 14, 2024**.

7. **Dispositive Motions.** Dispositive motions and supporting briefs shall be filed by. Briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date **March 29, 2024**.

8. **Motions in Limine**. Motions in limine and supporting briefs shall be filed by **July 10, 2024**.

9. **Pretrial Memoranda, Voir Dire, Jury Instructions and Verdict Form**. Pretrial memoranda, proposed voir dire questions, the joint voir dire fact statement, proposed jury instructions, and proposed verdict form shall be filed by **August 7,**

3

**2024**.  No later than seven days before this date, counsel shall hold a conference as indicated in Local Rule 16.3.

10. **Final Pretrial Conference**.  A final pretrial conference will be held on **August 21, 2024, at 9:30 a.m.**, in Courtroom No. 1, Eighth Floor, of the Sylvia H. Rambo United States Courthouse, 1501 N. 6th Street, Harrisburg, Pennsylvania.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania

Dated: August 15, 2023