# Barley Snyder
## ATTORNEYS AT LAW

126 EAST KING STREET
LANCASTER, PA 17602
TEL (717) 299-5201  FAX (717) 291-4660
WWW.BARLEY.COM

Joshua L. Schwartz, Esquire
Direct Dial Number: (717) 399-1535
E-mail: jschwartz@barley.com

April 30, 2024

*Via ECF*
The Honorable Julia K. Munley
William J. Nealon Federal Building
P.O. Box 1247
Scranton, PA 18501-1247

    Re:    **RRF Building, LLC et al. v. Excel Development Group, et al.
No. 1:23-cv-341 – Status Report**

Dear Judge Munley:

This letter will respond to the Court's April 25, 2024, Order seeking a status report from the parties.

On March 30, 2023, Defendants filed a partial Motion to Dismiss (Dkt. 10.) That motion was fully briefed and remains pending. On August 14, 2023, Judge Wilson issued a Case Management Order. The parties engaged in limited document discovery.

On November 30, 2023, this Court issued a verbal order terming all deadlines, and defense counsel confirmed during a phone call to the court that this order stayed all deadlines in the original Case Management Order. Defense counsel has since filed a Motion to Withdraw as Attorney (Dkt. 23), setting forth events that began November 10 as justification for the request. Defense counsel has no further updates to offer relative to that Motion but reiterates the grounds set forth therein.

The Parties respectfully await a decision from the court relative to the pending motions.

| CGA LAW FIRM | BARLEY SNYDER |
|---|---|
| */s/ Stephen R. McDonald* | */s/ Joshua L. Schwartz* |
| Stephen R. McDonald | Joshua L. Schwartz, Esquire |
| smcdonald@cgalaw.com | jschwartz@barley.com |
| 135 North George Street | 126 East King Street |
| York, PA 17401 | Lancaster, PA 17602 |

11733804.1