IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RRF BUILDING, LLC** and **SOPHIE MARIE LANGFORD,** | : | No. 1:23cv341 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **EXCEL DEVELOPMENT GROUP; NETANEL INVEST USA, INC.;** and **MICHAEL HELETZ,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 12th day of August 2024, the defendants' motion to dismiss (Doc. 10) is **GRANTED** with respect to Count III of the Amended Complaint and Count III is hereby **DISMISSED**. The motion to dismiss is **DENIED** in all other respects.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court