IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RRF BUILDING, LLC and SOPHIE MARIE LANGFORD,** | : | No. 1:23cv341 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **EXCEL DEVELOPMENT GROUP; NETANEL INVEST USA, INC.; and MICHAEL HELETZ,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this ____ day of August 2024, the motion to withdraw as counsel for the defendants filed by Joshua L. Schwartz, Justin Tomevi, and Barley Snyder, LLP (Doc. 23) is hereby **GRANTED**, and they may withdraw their entry of appearance in the above-captioned case.

This case is stayed for a sixty (60) days to allow defendants time to secure new counsel. It is noted that as two of the defendants appear to be corporations, they cannot represent themselves in federal court but must be represented by legal counsel. Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.")

The Clerk of Court is directed to mail a copy of this order to the defendants addressed as follows:

c/o Michael Heletz
116-55 Queens Boulevard, Suite 206
Forest Hills, NY 11375.

JUDGE JULIA K. MUNLEY
United States District Court